IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,          )
                                   )
                Plaintiff,         )      1:96-MG-02207-SMS
                                   )
        v.                         )
                                   )
FRANCIS D. BECKER,                 )
                                   )
                Defendant.         )
_____)

### ORDER FOR REMISSION OF FINE

        This matter is before the court on the petition of the
United States for remission of the unpaid portion of the
criminal fine owed by the defendant, in accordance with the
provisions of 18 U.S.C. § 3573.  The court finds it has
jurisdiction over the subject matter and the parties, and
having reviewed the petition;

        ORDERS that the unpaid portion of the criminal fine
imposed against the defendant Francis D. Becker is hereby
remitted.

IT IS SO ORDERED.

**Dated:    July 17, 2006   **          **/s/ Sandra M. Snyder**
icido3                          UNITED STATES MAGISTRATE JUDGE